**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT E. L. HALL, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>THE TRAF GROUP, INC., et al.,<br><br>        Defendants. | Case No. 2:10-cv-01825-LRH-PAL<br><br>**ORDER**<br><br>(Mtn to Compel - Dkt. #11) |

This matter is before the court on Plaintiff's Motion to Compel Defendant, The Traf Group, Inc., to Appear in Federal Court Through Licensed Counsel (Dkt. #11) filed January 6, 2010. The court has considered the Motion.

The Motion represents that Defendant The Traf Group, Inc. ("Defendant") filed its answer through its president, Patricia Genovay, who is not a licensed attorney. The court's docket confirms that this corporate Defendant filed an answer *pro se.* A corporation cannot appear except through counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's motion to Compel (Dkt #11) is Granted.
2. Defendant shall designate counsel of record authorized to appear in this action who shall file a notice of appearance in accordance with the Local Rules on or before **February 28, 2011.**

///

///

///

3. Failure to timely comply will result in the recommendation to the district judge for case-dispositive sanctions.

Dated this 1st day of February, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE